IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


CASE NO. 1:15-cv-369-PB


DONNA KAPILA and
DALE R. GOODWIN,
CO-ADMINISTRATORS of the
ESTATE OF HARRY A. GOODWIN, JR.
Plaintiffs

VS

KEVIN DOUGLAS,
ALTON KING and
CAPITAL CANDY CO., INC.
Defendants

==========================================

STIPULATION OF DISMISSAL


Now come all of the parties to the above-referenced action pursuant to Fed.R.Civ.P.

41(a)(1)(A)(ii) and stipulate that the Complaint and Crossclaim be dismissed with prejudice,

without costs, and all rights of appeal waived.


Respectfully submitted,
Donna Kapila and Dale R. Goodwin,
Co-Administrators of the
Estate of Harry A. Goodwin, Jr.
By their attorneys,
Waystack Frizzell, Trial Lawyers


Dated: January 11, 2017          By:     /s/  Jonathan S. Frizzell
Jonathan S. Frizzell, Esquire
Bar No. 12090
251 Main Street, P.O. Box 137
Colebrook, NH  03576
jon@waystackfrizzell.com
(603) 237-8322

Defendant Kevin Douglas
By his Attorneys,
Law Offices of Steven B. Stein

Dated: January 11, 2017          By:     /s/ Patricia Duggan Tsakonas
                                          Patricia Duggan Tsakonas, Esquire
                                          Bar No. 20898
                                          Two Financial Center
                                          60 South Street, Suite 1000
                                          Boston, MA  02111-2759
                                          ptsakona@travelers.com
                                          (617) 772-2931


                                          Defendants Alton King and
                                          Capital Candy Co., Inc.
                                          By their Attorneys,
                                          Getman, Schulthess, Steere & Poulin, P.A.

Dated: January 11, 2017          By:     /s/ Stephen J. Schulthess
                                          Stephen J. Schulthess, Esquire
                                          Bar No. 2278
                                          1838 Elm Street
                                          Manchester, NH  03104
                                          sschulthess@gssp-lawyers.com
                                          (603) 634-4300